# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00211-CV

**City of New Braunfels, Texas, Appellant**

**v.**

**Carowest Land, Ltd., Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 433RD JUDICIAL DISTRICT NO. C2010-1519D, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant City of New Braunfels, Texas no longer wishes to pursue its appeal and has filed a motion to dismiss. Appellant's counsel states that he has conferred with counsel for appellee, who does not oppose this motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   July 1, 2011